

Christopher H. Lowe - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
Main:  212.392.4772
Direct:  212.764.7171
Fax:  212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

March 10, 2021

VIA ECF
The Honorable John P. Cronan, U.S.D.J.
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>Suarez v. Young Adult Institute, Inc., 1:19-cv-8545</u>

Dear Judge Cronan:

    This firm represents the Plaintiff. We write to inform the Court that the parties have reached an agreement in principle to amicably resolve the above-referenced matter. The parties, therefore, respectfully request that all matters be adjourned *sine die*, and that they be given 30 days to draft and sign a definitive agreement, and file a Notice of Dismissal with Prejudice.

    Defendant consents to this request.

    We thank the Court for its time and attention to this matter.

    Respectfully submitted,
    LIPSKY LOWE LLP

    <u>s/ Christopher H. Lowe</u>
    Christopher H. Lowe

cc:    Daniel Moreland, Esq. (via ECF)
      Stephen Pischl, Esq. (via ECF)

It is hereby ORDERED that Plaintiff's request is GRANTED.  All conferences and deadlines in this case are ADJOURNED *sine die*.  If the parties have not voluntarily dismissed this case by April 9, 2021, they must file a letter updating the Court on the status of this case by that date.

SO ORDERED.

Date:    March 10, 2021
         New York, New York

         JOHN P. CRONAN
         United States District Judge